1
2
3
4
5                          **UNITED STATES DISTRICT COURT**
6                                  **DISTRICT OF NEVADA**
7
8  YASIR MEHMOOD,
9        Petitioner,                                  2:15-cv-01849-JCM-CWH
10 vs.
                                                      **ORDER**
11 JUDGE HOLLOWS, *et al.*,
12       Respondents.
13 _____/
14
15       This action is a petition for writ of habeas corpus by Yasir Mehmood, who is incarcerated in
16 the Nevada Southern Detention Center, in Pahrump, Nevada, awaiting a criminal trial in the United
17 States District Court for the Eastern District of California.
18       This is the latest in a series of habeas petitions filed by Mehmood in this court. In this
19 regard, the court takes judicial notice of the proceedings in the following habeas actions filed by
20 Mehmood in this court: Case No. 2:15-cv-01522-JAD-CWH, Case No. 2:15-cv-01594-
21 GMN-CWH, Case No. 2:15-cv-01739-GMN-CWH, and Case No. 2:15-cv-01847-MMD-VCF.
22 Mehmood has also filed three civil rights actions in this court, Case No. 2:15-cv-01369-RCJ-CWH,
23 Case No. 2:15-cv-01813-APG-GWF, and 2:15-cv-01818-GMN-GWF, and the court takes judicial
24 notice of the proceedings in those actions as well.
25       Mehmood has filed an application to proceed *in forma pauperis* (ECF No. 1). The financial
26 information provided with the application to proceed *in forma pauperis* indicates that petitioner is

unable to pay the filing fee. Therefore, the *in forma pauperis* application will be granted.

The court has reviewed Mehmood's petition for a writ of habeas corpus pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts, and finds that the petition is frivolous; it does not state a claim upon which habeas relief could be granted by this court.

In his habeas petition, apparently referring to proceedings in his criminal case in the United States District Court for the Eastern District of California, Mehmood claims that "forfeiture of 'appearance bond' on March 7, 2013 was unconstitutional and violates 5th Amend. to U.S. Const." Petition for Writ of Habeas Corpus, p. 1. He also claims that a warrant for his arrest in the Eastern District of California case was issued in violation of the Fourth Amendment and federal statutory law. *Id*. It is unclear what relief he seeks. *See id*.

Mehmood's claims are not cognizable in this habeas corpus action in this court, and the relief he seeks is plainly beyond this court's jurisdiction. Mehmood's habeas petition is patently frivolous. The court will summarily dismiss this action pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

**IT IS THEREFORE ORDERED** that the petitioner's application to proceed *in forma pauperis* (ECF No. 1) is **GRANTED**. Petitioner will not be required to pay the filing fee for this action.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall separately file the petition for writ of habeas corpus (now attached to the application to proceed *in forma pauperis* (ECF No. 1)

**IT IS FURTHER ORDERED** that this action is **DISMISSED**.

**IT IS FURTHER ORDERED** that petitioner is denied a certificate of appealability.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly.

Dated this 28th day of October, 2015.

_____
UNITED STATES DISTRICT JUDGE

2